## BURKETT v. WRIGHT et al. (No. 2006.)

Court of Civil Appeals of Texas. El Paso.
March 31, 1927.

Appeal and error ⚙═753(1), 770(1)—Without assignments of error or filing of brief, Court of Civil Appeals is limited to consideration of fundamental error.

Where record contains no assignments of error and appellant has filed no brief, Court of Civil Appeals is limited in its consideration to fundamental error disclosed by record.

Appeal from District Court, Dallas County; T. A. Work, Judge.

Suit by Joe Burkett against G. G. Wright receiver and another. Judgment for defendants, and plaintiff appeals. Affirmed.

Callaway, Dalton & Callaway, of Dallas, for appellant.

John W. Pope and J. Lee Zumwalt, both of Dallas, for appellees.

HIGGINS, J. Wright, receiver, recovered judgment for $2,150.50 against Burkett, with foreclosure of lien upon realty. Order of sale issued and was levied upon the property and same advertised for sale.

This suit was brought by Burkett against Wright as receiver and the sheriff to set aside the judgment and enjoin the sale. Temporary writ of injunction was issued which, upon the final hearing, was dissolved, and the relief sought in all things denied.

The record contains no assignments of error. Appellant has filed no brief. In this condition of the record this court is limited to the consideration of fundamental error. The record discloses none.

Affirmed.